## ELECTRONIC RECORD

COA # 01-13-00990-CR          OFFENSE: 49.08 (Intoxicated Manslaughter)

STYLE: Jose Franco Campuzano v. The State of Texas          COUNTY: Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 176th District Court

DATE: 03/26/2015          Publish: NO    TC CASE #:    1315239

## IN THE COURT OF CRIMINAL APPEALS

**476-15
477-15**

STYLE: Jose Franco Campuzano v. The State of Texas          CCA #: _____

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _08/26/2015_          SIGNED: _____     PC: _____

JUDGE: _Keller; Hervey, J. Not Particip;_ PUBLISH: _____     DNP: _____

- - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**